FARAH LAW, P.C.
Neda Farah (SBN 269819)
265 S. Doheny Drive, Suite 102
Beverly Hills, California 90211
Telephone: (310) 666-3786
Facsimile: (310) 494-0768
Email: neda@nedafarahlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEREMY SIMMS,<br><br>Plaintiff,<br><br>v.<br><br>DEBT RESOLUTION CENTERS INC. d/b/a MONEY MATTERS AMERICA,<br><br>Defendant. | Case No. 4:24-cv-3848-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS** |

Plaintiff, JEREMY SIMMS ("Plaintiff"), through his undersigned counsel, hereby gives notice of the voluntary dismissal of this action. Plaintiff's claims against Defendant, DEBT RESOLUTION CENTERS INC. d/b/a MONEY MATTERS AMERICA, are hereby dismissed, *without prejudice*, pursuant to Fed. R. Civ. P. 41(a)(1). Each party shall bear its own costs and attorneys' fees.

DATED this 19th day of September 2024.

Respectfully Submitted,

*/s/ Neda Farah*
Neda Farah #269819
FARAH LAW, P.C.
265 S. Doheny Drive, Suite 102
Beverly Hills, California 90211
(310) 666-3786 (phone)
(310) 494-0768 (fax)

neda@nedafarahlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing *Plaintiff's Notice of Voluntary Dismissal of Claims* is being filed electronically with the United States District Court for the Northern District of California, on this 19th day of September 2024. Notice of this filing will be transmitted to all counsel of record by operation of the Court's electronic filing system.

*/s/Neda Farah*
Neda Farah